No. 176, Misc. SMITH v. UNITED STATES. C. A. 5th Cir. 'Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Daniel H. Benson* for the United States.

No. 182, Misc. BURKE v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 283, Misc. JACKSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 314, Misc. ANDERSON ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioners *pro se*. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome Feit* for the United States.

No. 335, Misc. COLLIGAN v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. Petitioner *pro se*. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 358, Misc. SCHULTZ v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 360, Misc. WRIGHT v. BLACKWELL, WARDEN. C. A. 3d Cir. Certiorari denied. Petitioner *pro se*. *Acting Solicitor General Spritzer* for respondent.